**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| **ANIMAL LEGAL DEFENSE FUND**, **IOWA CITIZENS FOR COMMUNITY IMPROVEMENT**, **BAILING OUT BENJI**, **PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.**, and **CENTER FOR FOOD SAFETY**<br><br>Plaintiffs,<br><br>v.<br><br>**KIMBERLY K. REYNOLDS**, in her official capacity as Governor of Iowa, **TOM MILLER**, in his official capacity as Attorney General of Iowa, and **BRUCE E. SWANSON**, in his official capacity as Montgomery County, Iowa County Attorney,<br><br>Defendants. | CASE NO. 4:17-cv-362<br><br>**PLAINTIFFS' UNRESISTED MOTION TO EXTEND DEADLINE** |

**PLAINTIFFS' UNRESISTED MOTION TO EXTEND DEADLINE**

**COME NOW** Plaintiffs, by and through their attorneys, and pursuant to Local Rule 7(j), respectfully move this Court for leave to extend its deadline to file a Resistance to Defendants' Motion to Dismiss, and in support thereof, state:

1. Defendants filed a joint Motion to Dismiss on December 8, 2017.

2. The existing deadline sought to be extended is therefore December 22, 2017.

3. In light of Plaintiffs' attorneys' scheduled vacations, holidays, and final exam/teaching schedules, Plaintiffs seek to extend the deadline to January 16, 2018.

4. This deadline has not been extended previously.

5. There are no other court-imposed deadlines in this case, and therefore no additional deadlines must be moved as a result of the granting of this motion.

1

6. No final pretrial conference or trial have yet been scheduled in this case.

7. **Required Statement per Local Rule 7(k):** Counsel for all Plaintiffs has personally conferred with Defendants' counsel. Defendants consent to the requested extension.

December 12, 2017.

                                      Respectfully submitted:

                                      /s/ *Rita Bettis*
                                      Rita Bettis, AT0011558
                                      ACLU OF IOWA FOUNDATION, INC.
                                      505 Fifth Ave., Ste. 901
                                      Des Moines, IA 50309–2316
                                      Telephone: 515.207.0567
                                      Fax: 515.243.8506
                                      Email: Rita.Bettis@aclu-ia.org

                                      *For Plaintiffs*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing paper with the Clerk of Court by using the CM/ECF system.

All participants in this case are registered CM/ECF users and will served by the CM/ECF system.

Date: December 12, 2017

/s/Rita Bettis<br>Rita Bettis