UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

ANIMAL LEGAL DEFENSE FUND; IOWA CITIZENS FOR COMMUNITY IMPROVEMENT; BAILING OUT BENJI; PEOPLE FOR THE ETHICALTREATMENT OF ANIMALS, INC.; and CENTER FOR FOOD SAFETY,

Plaintiffs,

v

KIMBERLY REYNOLDS, GOVERNOR; TOM MILLER, ATTORNEY GENERAL OF IOWA; and DREW B. SWANSON, MONTGOMERY COUNTY ATTORNEY,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4-17-cv-00362

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

(1) The Court declares Iowa Code § 717A.3A violates the First Amendment to the United States Constitution and is therefore facially unconstitutional.
(2) The Defendants and their officers, agents, employees, attorneys, and all other persons who are in active concert or participation with them are hereby permanently enjoined and prohibited from enforcing, through any action or omission or otherwise, Iowa Code § 717A.3A (2012) as currently drafted.
(3) The Plaintiffs' claim under the Due Process clause of the Fourteenth Amendment to the United States Constitution is hereby deemed moot, solely due to the Court's declaration and permanent injunction above and without prejudice to the Plaintiffs later raising that claim again, in this case or otherwise, upon suggestion that it is no longer moot.

Date: February 15, 2019

CLERK, U.S. DISTRICT COURT

/s/ Donnell Vance
By: Deputy Clerk