**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, IOWA CITIZENS FOR COMMUNITY IMPROVEMENT, BAILING OUT BENJI, PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., and CENTER FOR FOOD SAFETY<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>KIMBERLEY K. REYNOLDS, in her official capacity as Governor of Iowa, TOM MILLER, in his official capacity as Attorney General of Iowa, and DREW B. SWANSON, in his official capacity as Montgomery County, Iowa County Attorney,<br><br>　　　　　Defendants. | No. 17-CV-00362-JEG-HCA<br><br>**NOTICE OF APPEAL** |

　　　　COME NOW DEFENDANTS, Kimberley K. Reynolds, in her official capacity as Governor of Iowa, Tom Miller, in his official capacity as Attorney General of Iowa, and Drew B. Swanson, in his official capacity as Montgomery County Attorney (collectively the "Defendants"), by and through undersigned counsel, and pursuant to 28 U.S.C § 1291 and Federal Rules of Appellate Procedure 3 and 4, hereby give notice that said Defendants appeal to the United States Court of Appeals for Eighth Circuit as a matter of right from:

　　1. The District Court's February 27, 2018 Order—granting in part and denying in part Defendants' Motion to Dismiss;

　　2. The District Court's January 9, 2019 Order—denying Defendants' Motion for Summary Judgment and granting Plaintiffs' Motion for Summary Judgment; and

　　3. The District Court's February 14, 2019 Order—permanently enjoining and

prohibiting the enforcement of Iowa's Ag-Fraud statute, Iowa Code § 717A.3A.

4. Any and all other rulings adverse to Defendants in said Judgments and Orders otherwise appealable by Defendants.

Respectfully submitted,

THOMAS J. MILLER
Attorney General of Iowa

__/s/ *Jeffery S. Thompson*_____
JEFFERY S. THOMPSON
Solicitor General
jeffery.thompson@ag.iowa.gov

__/s/ *Jacob J. Larson*_____
JACOB J. LARSON
Assistant Attorney General
jacob.larson@ag.iowa.gov

Hoover State Office Building
1305 E. Walnut Street, 2nd Floor
Des Moines, Iowa 50319
Phone:  (515) 281-5164
Fax:  (515) 242-6771
ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date, I electronically filed the foregoing paper with the Clerk of Court by using the CM/ECF system.  All participants in this case are registered CM/ECF users and will be served by the CM/ECF system.

**DATE:**  February 20, 2019

__/s/ *Jacob J. Larson*_____
JACOB J. LARSON
Assistant Attorney General
jacob.larson@ag.iowa.gov

Hoover State Office Building
1305 E. Walnut Street, 2nd Floor
Des Moines, Iowa 50319
Phone: (515) 281-5164
Fax: (515) 242-6771
ATTORNEYS FOR DEFENDANTS