# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

February 22, 2019

Mr. Jacob Larson
IOWA DEPARTMENT OF JUSTICE
Hoover State Office Building
1305 E. Walnut Street
Des Moines, IA  50319-0000

RE:  19-1364  Animal Legal Defense Fund, et al v. Kimberly Reynolds, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

If you have any questions about the schedule or procedures for the case, please contact our office.

                    Michael E. Gans
                    Clerk of Court

AEV

Enclosure(s)

cc:    Ms. Rita C Bettis
       Ms. Leslie A. Brueckner
       Mr. Alan Chen
       Mr. John S. Courter
       Ms. Kelsey Rinehart Eberly
       Mr. George Kimbrell
       Mr. Matthew Glen Liebman
       Mr. Justin F. Marceau
       Mr. David Samuel Muraskin
       Ms. Cristina Rachel Stella
       Mr. Matthew Strugar
       Mr. Jeffrey S. Thompson

    District Court/Agency Case Number(s):   4:17-cv-00362-JEG

**Caption For Case Number:   19-1364**

Animal Legal Defense Fund; Iowa Citizens for Community Improvement; Bailing Out Benji; People for The Ethical Treatment of Animals, Inc.; Center for Food Safety

       Plaintiffs - Appellees

v.

Kimberly Reynolds; Tom Miller, Attorney General of Iowa; Drew B. Swanson, Montgomery County Attorney

       Defendants - Appellants

**Addresses For Case Participants:   19-1364**

Mr. Jacob Larson
IOWA DEPARTMENT OF JUSTICE
Hoover State Office Building
1305 E. Walnut Street
Des Moines, IA  50319-0000

Ms. Rita C Bettis
ACLU OF IOWA FOUNDATION
Suite 808, Insurance Exchange Building
505 Fifth Avenue
Des Moines, IA  50309-2316

Ms. Leslie A. Brueckner
PUBLIC JUSTICE
555 12th Street
Oakland, CA  94607

Mr. Alan Chen
UNIVERSITY OF DENVER STURM COLLEGE OF LAW
2255 E. Evans Avenue
Denver, CO  80208

Mr. John S. Courter
U.S. DISTRICT COURT
Southern District of Iowa
P.O. Box 9344
Des Moines, IA  50306-0000

Ms. Kelsey Rinehart Eberly
ANIMAL LEGAL DEFENSE FUND
525 E. Cotati Avenue
Cotati, CA  94931

Mr. George Kimbrell
THE CENTER FOR FOOD SAFETY
Suite 803
2601 MIssion Street
San Francisco, CA  94110

Mr. Matthew Glen Liebman
ANIMAL LEGAL DEFENSE FUND
525 E. Cotati Avenue
Cotati, CA  94931

Mr. Justin F. Marceau
UNIVERSITY OF DENVER STURM COLLEGE OF LAW
2255 E. Evans Avenue
Denver, CO  80208

Mr. David Samuel Muraskin

PUBLIC JUSTICE
Suite 630
1620 L Street
Washington, DC  20036

Ms. Cristina Rachel Stella
ANIMAL LEGAL DEFENSE FUND
525 E. Cotati Avenue
Cotati, CA  94931

Mr. Matthew Strugar
STRUGAR LAW OFFICE
Suite 2910
3534 Wilshire Boulevard
Los Angeles, CA  90010

Mr. Jeffrey S. Thompson
ATTORNEY GENERAL'S OFFICE
Hoover Building
1305 E. Walnut Street
Des Moines, IA  50319-0001