# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, IOWA CITIZENS FOR COMMUNITY IMPROVEMENT, BAILING OUT BENJI, PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., and CENTER FOR FOOD SAFETY<br><br>Plaintiffs,<br><br>v.<br><br>KIMBERLY K. REYNOLDS, in her official capacity as Governor of Iowa, BRENNA BIRD, in her official capacity as Attorney General of Iowa, and DREW B. SWANSON, in his official capacity as Montgomery County, Iowa County Attorney,<br><br>Defendants. | CASE NO.  4:17-cv-362-SMR-HCA<br><br><br>JOINT STIPULATION OF DISMISSAL |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismiss this action with prejudice. The Court's Order re: Joint Stipulation and Request for Order re: Payment of Attorneys' Fees and Costs entered April 29, 2019 (ECF No. 105) shall remain in effect. The parties otherwise bear their own attorneys' fees, costs, and expenses.

The Parties request the Court enter an order approving their Joint Stipulation.

Dated this 8th day of March, 2024

Respectfully submitted,

/s/ Matthew Strugar
Matthew Strugar (Pro Hac Vice)
Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(323) 696-2299
matthew@matthewstrugar.com

Attorney for Plaintiffs

Dated this 8th day of March, 2024

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

/s/ Jacob J. Larson
JACOB J. LARSON
Assistant Attorney General
jacob.larson@ag.iowa.gov
Hoover State Office Building
1305 E. Walnut Street, 2nd Floor
Des Moines, Iowa 50319
Phone: (515) 281-5164
Fax: (515) 242-6771

ATTORNEYS FOR DEFENDANTS

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **ANIMAL LEGAL DEFENSE FUND, IOWA CITIZENS FOR COMMUNITY IMPROVEMENT, BAILING OUT BENJI, PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.**, and **CENTER FOR FOOD SAFETY**<br><br>Plaintiffs,<br><br>v.<br><br>**KIMBERLY K. REYNOLDS**, in her official capacity as Governor of Iowa, **BRENNA BIRD**, in her official capacity as Attorney General of Iowa, and **DREW B. SWANSON**, in his official capacity as Montgomery County, Iowa County Attorney,<br><br>Defendants. | CASE NO. 4:17-cv-362<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION OF DISMISSAL** |

THIS MATTER came before the Court upon the parties' Joint Stipulation of Dismissal. The Court finding the request proper, and

IT IS HEREBY ORDERED that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is dismissed with prejudice. The Court's Order re: Joint Stipulation and Request for Order re: Payment of Attorneys' Fees and Costs entered April 29, 2019 (ECF No. 105) remains in effect. Each party shall otherwise bear its own fees, costs, and expenses.

Dated: _____

_____
STEPHANIE M. ROSE, CHIEF JUDGE
UNITED STATES DISTRICT COURT